## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| RICHARD PARKER,<br>Petitioner | : | CIVIL ACTION |
|  | : |  |
| v. | : | NO. 10-5569 |
|  | : |  |
| WARDEN MICHAEL CURLEY, et al.,<br>Respondents | : | |

**FILED**

**AUG 1 0 2011**

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### ORDER

AND NOW, this *10* day of *August*, 2011, upon careful and independent

consideration of the Petition for Writ of Habeas Corpus (Docket No. 1) filed October 19, 2010,

Petitioner's Application for Relief[1] (Docket No. 3) filed November 1, 2010, the Response to

Petition for Writ of Habeas Corpus (Docket No. 12) filed February 17, 2011, the Response to

Petitioner's November 1, 2010 Application for Relief (Docket No. 14) filed March 15, 2011,

Petitioner's Traverse and Response to the Commonwealth's Answer to His Habeas Corpus

Petition/Application for Relief (Docket No. 21) filed May 26, 2011, and after review of the

Report and Recommendation ("R&R") of United States Magistrate Judge Henry S. Perkin dated

July 19, 2011, IT IS HEREBY ORDERED that:

1.    the R&R is APPROVED and ADOPTED;

---

[1]    This document was attached as Appendix (A) to Petitioner's Petition for Writ of Habeas Corpus.
On November 1, 2010, this Court filed this document, which is entitled "Application for Relief Seeking Stay and
Abeyance Nunc Pro Tunc Due to Extraordinary Circumstances of Government Interference/Attorney Malfeasance
and/or Sufficiently Egregious Behavior."

1

2.   the Petition for Writ of Habeas Corpus is DENIED with prejudice and DISMISSED without an evidentiary hearing;

3.   Petitioner's Application for Relief is DENIED; and

4.   there is no probable cause to issue a certificate of appealability.

BY THE COURT:

RONALD L. BUCKWALTER, J.